# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUY TRUONG, an individual, | Case No.: 8:19-cv-00160-JVS-JDE |
| Plaintiff, | **ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| JOSEPH HWANSIK CHUNG in his individual capacity and as trustee of the CHUNG FAMILY TRUST; | [Assigned to Hon. James V. Selna] |
| Defendants. | |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice. Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated: 9/18/19

_____
Judge, United States District Court,
Central District of California